UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

LEOPOLDO CARDENAS,

                Petitioner,

v.

ROBERT INGVALSON, ANDY MILLER, TERRY BLOOR and LARRY ZEIGLER,

                Respondents.

NO: 4:18-CV-5043-TOR

ORDER DISMISSING PETITION WITH PREJUDICE

By Order filed April 30, 2018, the Court advised Petitioner of the deficiencies of his Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254, and directed him to amend. Petitioner, a prisoner at the Washington State Penitentiary, is proceeding *pro se* and *in forma pauperis.* The named Respondents have not been served.

Specifically, the Court directed Petitioner to limit his petition to challenging the judgment or judgments of a single state court as required by Rule 2(3) of the

ORDER DISMISSING PETITION WITH PREJUDICE -- 1

Rules Governing Section 2254 Cases; to show that he is "in custody pursuant to the judgment of a State court" as required by 28 U.S.C. § 2254(a), *see Lackawanna Cty. Dist. Attorney v. Coss*, 532 U.S. 394, 401 (2001); to name his custodian as the proper Respondent, *see Rumsfeld v. Padilla*, 542 U.S. 426 (2004); and to demonstrate that his petition is timely under 28 U.S.C. § 2244(d)(1). Petitioner did not comply with the Court's directives and has filed nothing further.

Therefore, for the reasons set forth above and in the Order to Amend Petition, ECF No. 5, **IT IS ORDERED** that the Petition, ECF No. 6, is **DISMISSED with prejudice** for lack of personal jurisdiction over the named Respondents, for want of custody, and as untimely under the Anti-terrorism and Effective Death Penalty Act ("AEDPA"), 28 U.S.C. § 2244(d).

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, provide copies to Petitioner, and close the file. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

**DATED** July 11, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER DISMISSING PETITION WITH PREJUDICE -- 2