# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LEOPOLDO CARDENAS, *Plaintiff* <br> v. <br> ROBERT INGVALSON, ANDY MILLER, TERRY BLOOR and LARRY ZEIGLER, *Defendant* | Civil Action No. 4:18-CV-5043-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Tthe Petition, ECF No. 6, is DISMISSED with prejudice for lack of personal jurisdiction over the named Respondents, for want of custody, and as untimely under the Anti-terrorism and Effective Death Penalty Act ("AEDPA"), 28 U.S.C. § 2244(d).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Thomas O. Rice    .

Date: July 11, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen